**Pedro F. GUZMAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 75668.**

Missouri Court of Appeals,
Western District.

Oct. 29, 2013.

Motion for Rehearing and/or Transfer
to Supreme Court Denied Dec.
24, 2013.

Application for Transfer Denied
Feb. 4, 2014.

Jeannette L. Igbenebor, Kansas City, Mo, for appellant.

Shaun Mackelprang, Jefferson City, MO, for respondent.

Before Division Three: LISA WHITE HARDWICK, Presiding Judge, MARK D. PFEIFFER and CYNTHIA L. MARTIN, Judges.

**ORDER**

PER CURIAM.

Pedro Guzman appeals the denial of his Rule 24.035 motion after he pled guilty to first-degree assault. He contends the motion court clearly erred in denying his claim that plea counsel failed to act as a reasonably competent attorney by not fully advising him about a plea offer. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the motion court's judgment.

AFFIRMED. Rule 84.16(b).